IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| THOMAS ROWLANDS,<br>    Plaintiff,<br><br>v.<br><br>BUCKS COUNTY CORRECTIONAL<br>FACILITY MEDICAL DEPARTMENT,<br>    Defendant. | CIVIL ACTION NO. 23-CV-1957 |

## ORDER

AND NOW, this 25th day of September, 2023, in light of *pro se* Plaintiff Thomas Rowlands's failure to file an amended complaint in accordance with this Court's Order entered on July 21, 2023 (ECF No. 8), which informed Rowlands that failure to file an amended complaint would result in final dismissal of this case, it is **ORDERED** that:

1. Rowlands's case is **DISMISSED WITH PREJUDICE** for failure to state a claim pursuant to 28 U.S.C. § 1915(e)(2)(B)(ii).

2. The Clerk of Court is **DIRECTED** to **CLOSE** this case.

3. If Rowlands did not intend to stand on his Complaint, he must move for reconsideration of this Order in accordance with Federal Rule of Civil Procedure 59(e), and attach his proposed amended complaint to that motion.

BY THE COURT:

_____
KAI SCOTT, J.